# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129105

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DANIEL JAMES WASHINGTON,
     Defendant-Appellant.

SC: 129105
COA: 252540
Wayne CC: 03-008245-01

_____/

     On order of the Court, the application for leave to appeal the June 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

d1128